# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**ANTONIO TERRELL HOLLIMAN**                               **PETITIONER**

**v.**                 **CASE NO. 2:20-CV-00031 BSM**

**ARKANSAS COUNTY SHERIFF**                                 **RESPONDENT**

## **ORDER**

After *de novo* review of the record, United States Magistrate Judge Patricia S. Harris's recommended disposition [Doc. No. 15] is adopted, and Antonio Holliman's petition [Doc. No. 1] is dismissed without prejudice. A certificate of appealability will not issue.

IT IS SO ORDERED this 3rd day of June, 2020.

                                                        */s/ Brian S. Miller*
                                                 UNITED STATES DISTRICT JUDGE